Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (866) 295-7308
daniel@danielimmigration.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAN MING ZHONG, individually, CHEN ZHONG, individually, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE; CONDOLEEZZA RICE, in her Official Capacity, Secretary of State of the United States; MAURA HARTY, in her Official Capacity, Assistant Secretary for Consular Affairs, Department of State; ROBERT GOLDBERG, in his Official Capacity, Consul General, U.S. Consulate in Guangzhou; MICHAEL JACOBSEN, in his Official Capacity, Consular Section Chief, U.S. Consulate in Guangzhou; EMILIO T. GONZALEZ, Director of the United States Immigration and Naturalization Service, <br><br> DEFENDANTS. | Case No.: <br><br> CERTIFICATE AS TO INTERESTED PARTIES |

The undersigned, counsel of record for Plaintiffs Jian Ming Zhong and Chen Zhong, certifies that the following listed parties have a direct, pecuniary interest in the

outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant UNITED STATES DEPARTMENT OF STATE[1] is an agency of the United States government involved in the acts challenged, employs the officers named as defendants in this complaint.

2. Defendant CONDOLEEZZA RICE is the Secretary of State (hereinafter "Secretary Rice") of the United States.  This action is brought against Secretary Rice in her official capacity, as she is charged with the administration and the enforcement of immigration and nationality laws relating to the powers, duties, and functions of diplomatic and consular officers of the United States.

3. Defendant MAURA HARTY is the Assistant Secretary for Consular Affairs[2] of the Department of State.  This suit is brought against Assistant Secretary Harty in her official capacity, as she is charged with oversight of all consular, including visa matters.

4. Defendant ROBERT GOLDBERG is the Consul General[3] of the U.S. Consulate in Guangzhou.  This suit is brought against Consult General Goldberg in his official capacity, as he is responsible for oversight of all consular activities of the consulate.

5. Defendant MICHAEL JACOBSEN is the Consular Section Chief[4] of the U.S. Consulate in Guangzhou, and this action is brought against him in his official capacity.  Section Chief Jacobsen is responsible for directing the Immigrant Visa Unit,

---

[1] Hereafter "DOS."
[2] Hereafter "Assistant Secretary Harty."
[3] Hereafter "Consul General Goldberg."
[4] Hereafter "Section Chief Jacobsen."

the unit directly responsible for the processing of immigrant visa applications, including Ms. Zhong's following to join application.

7. Defendant EMILIO T. GONZALEZ is the Director of the U.S. Citizenship and Immigration Services[5], the agency responsible for processing Plaintiffs' I-824 application, and providing application instructions to the general public on following to join cases.

8. Office of the United States Attorney. Office of the United States Attorney represents the USCIS, DHS, and the Attorney General of the United States in all matters before the U.S. Federal District Court

Dated: June 6 2008

                Daniel T. Huang
                Attorney at Law

                Law Office of Daniel Huang
                506 N. Garfield Ave., Ste. 100
                Alhambra, CA 91801
                Tel: (626) 289-0006
                Fax: (866) 295-7308
                daniel@danielimmigration.com

---

[5] Hereafter "USCIS."