# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

JIAN MING ZHONG, individually, CHEN ZHONG individually

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **WHA**

V.

**CV 08 2871**

UNITED STATES DEPARTMENT OF STATE; CONDOLEEZZA RICE, in her Official Capacity, Secretary of State of the United States; MAURA HARTY, in her Official Capacity, Assistant Secretary for Consular Affairs, Department of State; ROBERT GOLDBERG, in his Official Capacity, Consul General, U.S. Consulate in Guangzhou; MICHAEL JACOBSEN, in his Official Capacity, Consular Section Chief, U.S. Consulate in Guangzhou; EMILIO T. GONZALEZ, Director of the United States Immigration and Naturalization Service,

TO: (Name and address of defendant)

United States Attorney's Office, Civil Processing Clerk
P.O. Box 36055
San Francisco, CA 94102     *and the Above Named Defendants*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Office Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 9 2008

Richard W. Wieking
CLERK

DATE _____

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 6.20.2008 |
| Name of SERVER: Tracy Li | TITLE: Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): I served U.S. Attorney U.S. Attorney via first class certified mail with return receipt on Jun 16, 2008

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6.20.2008
             Date

Signature of Server: Tracy Li

Address of Server: P.O. Box 1351 Alhambra CA 91802

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

