JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIAN MING ZHONG and CHEN ZHONG,<br><br>                Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>                Defendants. | No. C 08-2871 WHA<br><br>NOTICE OF UNAVAILABILITY |

    Defendants' counsel will be unavailable from August 18-29, 2008.  Please be advised that scheduling hearings during these dates of unavailability may be sanctionable.  <u>Tenderloin Housing Clinics v. Sparks</u>, 8 Cal. App. 4th 299, 20-305 (1992).

Dated: August 14, 2008                                       Respectfully submitted,

                                                            JOSEPH P. RUSSONIELLO
                                                             United States Attorney

                                                                 /s/
                                                            MELANIE L. PROCTOR
                                                           Assistant United States Attorney
                                                           Attorneys for Defendant

NOTICE OF UNAVAILABILITY
No. C 08-2871 WHA