JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIAN MING ZHONG and CHEN ZHONG, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>STATE, et al., )<br>)<br>Defendants. )<br>_____ ) | No. C 08-2871 WHA<br><br>JOINT MOTION TO VACATE OR<br>CONTINUE CASE MANAGEMENT<br>CONFERENCE |

On June 9, 2008, the Court issued a scheduling order, setting a Case Management Conference on September 18, 2008. On August 14, 2008, Defendants filed a motion to dismiss this action, and alternatively moved for summary judgment. The hearing on the motion is noticed for October 9, 2008. In due course, Plaintiffs will oppose the motion and cross-move for summary judgment. Accordingly, the issues in this case will be resolved through the motion hearing, and it appears that the Case Management Conference will not be necessary.

///

///

///

///

///

JOINT MOTION
No. C 08-2871 WHA

In order to promote efficiency, the parties hereby move the Court to vacate the Case Management Conference.  Alternatively, the parties respectfully suggest continuing the Case Management Conference to October 9, 2008, to be heard following the motion hearing.

Dated: August 14, 2008                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney


                                          _____/s/_____
                                          MELANIE PROCTOR[1]
                                          Assistant United States Attorney
                                          Attorneys for Defendants


Dated: August 14, 2008                    _____/s/_____
                                          DANIEL HUANG
                                          Attorney for Plaintiff

### PROPOSED ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The Case Management Conference is hereby VACATED.

Dated:                                    _____
                                          WILLIAM ALSUP
                                          United States District Judge

### ALTERNATIVE PROPOSED ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The Case Management Conference is hereby continued to October 9, 2008, to be held following the motion hearing.  The parties shall file a Joint Case Management Statement no later than October 2, 2008.

Dated:                                    _____
                                          WILLIAM ALSUP
                                          United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION
No. C 08-2871 WHA                    2