JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIAN MING ZHONG and CHEN ZHONG, ) | No. C 08-2871 WHA |
|                 Plaintiffs, ) | |
| v. ) | JOINT MOTION TO BE EXCUSED FROM THE FORMAL ADR PROCESS |
| UNITED STATES DEPARTMENT OF ) STATE, et al., ) | |
|                 Defendants. ) | |

        Plaintiffs, by and through their attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

        Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

        Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiffs' request that this Court compel Defendants to adjudicate a visa application, or review the refusal of the visa. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and

JOINT MOTION RE: ADR
No. C 08-2871 WHA

unnecessarily tax court resources.  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: August 14, 2008            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MELANIE PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants


Dated: August 14, 2008            _____/s/_____
DANIEL HUANG
Attorney for Plaintiff

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:                            _____
WILLIAM ALSUP
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.