1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
    FAX: (415) 436-7169
7

8   Attorneys for Defendants

               UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
               SAN FRANCISCO DIVISION
11

12   JIAN MING ZHONG and CHEN ZHONG, )    No. C 08-2871 WHA
                      )
13              Plaintiffs, )
                      )
14       v.                 )    JOINT MOTION TO VACATE OR
                      )    CONTINUE CASE MANAGEMENT
15   UNITED STATES DEPARTMENT OF   )    CONFERENCE; AND ORDER
    STATE, et al.,           )    CONTINUING CASE MANAGEMENT
16                       )    CONFERENCE
             Defendants. )
17   _____ )

18       On June 9, 2008, the Court issued a scheduling order, setting a Case Management

19   Conference on September 18, 2008. On August 14, 2008, Defendants filed a motion to dismiss this

20   action, and alternatively moved for summary judgment.  The hearing on the motion is noticed for

21   October 9, 2008.  In due course, Plaintiffs will oppose the motion and cross-move for summary

22   judgment.  Accordingly, the issues in this case will be resolved through the motion hearing, and it

23   appears that the Case Management Conference will not be necessary.

24   ///

25   ///

26   ///

27   ///

28   ///

In order to promote efficiency, the parties hereby move the Court to vacate the Case Management Conference. Alternatively, the parties respectfully suggest continuing the Case Management Conference to October 9, 2008, to be heard following the motion hearing.

Dated: August 14, 2008                                  Respectfully submitted,

                                                        JOSEPH P. RUSSONIELLO
                                                        United States Attorney


                                                        _____/s/_____
                                                        MELANIE PROCTOR[1]
                                                        Assistant United States Attorney
                                                        Attorneys for Defendants



Dated: August 14, 2008                                  _____/s/_____
                                                        DANIEL HUANG
                                                        Attorney for Plaintiff

## PROPOSED ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference is hereby VACATED.

Dated: _____

                                                        _____
                                                        WILLIAM ALSUP
                                                        United States District Judge

## ALTERNATIVE PROPOSED ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference is hereby
                        October 16, 2008
continued to ~~October 9, 2008~~, to be held following the motion hearing. The parties shall file a Joint
                        October 9, 2008
Case Management Statement no later than ~~October 2, 2008~~.

Dated:  August 14, 2008.

                                                        _____
                                                        WILLIAM ALSUP
                                                        United States District Judge

_____

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION
No. C 08-2871 WHA                          2