1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  JIAN MING ZHONG and CHEN ZHONG,  )      No. C 08-2871 WHA
                                      )
13                      Plaintiffs,   )
                                      )
14          v.                        )      JOINT MOTION TO BE EXCUSED
                                      )      FROM THE FORMAL ADR PROCESS
15  UNITED STATES DEPARTMENT OF       )       AND ORDER
    STATE, et al.,                    )
16                                    )
                        Defendants.   )
17  _____    )

18      Plaintiffs, by and through their attorney of record, and Defendants by and through their

19  attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

20      Each of the undersigned certifies that he or she has read either the handbook entitled

21  "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

22  the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

23  resolution options provided by the court and private entities, and considered whether this case might

24  benefit from any of them.

25      Here, the parties agree that referral to a formal ADR process will not be beneficial because

26  this mandamus action is limited to Plaintiffs' request that this Court compel Defendants to

27  adjudicate a visa application, or review the refusal of the visa. Given the substance of the action and

28  the lack of any potential middle ground, ADR will only serve to multiply the proceedings and

JOINT MOTION RE: ADR
No. C 08-2871 WHA

1   unnecessarily tax court resources.   Accordingly, pursuant to ADR L.R. 3-3(c), the parties request

2   the case be removed from the ADR Multi-Option Program and that they be excused from

3   participating in the ADR phone conference and any further formal ADR process.

4   Dated: August 14, 2008                        Respectfully submitted,

5                                                 JOSEPH P. RUSSONIELLO
                                                  United States Attorney
6

7                                                 _____/s/_____
                                                  MELANIE PROCTOR[1]
8                                                 Assistant United States Attorney
                                                  Attorneys for Defendants
9

10

11  Dated: August 14, 2008                        _____/s/_____
                                                  DANIEL HUANG
12                                                Attorney for Plaintiff

13

                               **PROPOSED ORDER**
14

          Pursuant to stipulation, IT IS SO ORDERED.
15

    Dated:  August 14, 2008.
16
                                                  WILLIAM ALSUP
                                                  United States
17
                                                  IT IS SO ORDERED
18
                                                  Judge William Alsup
19

20

21

22

23

24

25

26

27
    _____

28        [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/S/) within this efiled document.

    JOINT MOTION RE: ADR
    No. C 08-2871 WHA                      2