1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIAN MING ZHONG, et al.,                          No. C 08-02871 WHA

        Plaintiff,

  v.                                                    **CLERK'S NOTICE RESCHEDULING MOTION HEARING**

UNITED STATES DEPARTMENT OF
STATE, et al.,

        Defendant.

_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

      YOU ARE NOTIFIED THAT the Motion to Dismiss previously set for October 9, 2008 at 8:00 a.m. has been rescheduled for **October 16, 2008 at 8:00 a.m.,** before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: August 29, 2008                        FOR THE COURT,

                                        Richard W. Wieking, Clerk

                                        By:_____

                                        Dawn Toland
                                         Courtroom Deputy to the
                                         Honorable William Alsup