Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
P.O. Box 1351
Alhambra, CA 91802-1351
Tel: (626) 289-0006
Daniel@danielimmigration.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JIAN MING ZHONG and CHEN ZHONG, | Case No. CV 08-2871 WHA |
| Plaintiffs, | STIPULATION OF DISMISSAL |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | |

　　　WHEREAS, this action seeks to compel defendant to take administrative action on Plaintiffs' immigration visa petition;

　　　WHEREAS, defendants, through counsel, have provided evidence to plaintiffs that a formal decision was made on December 19, 2007;

　　　NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the instant action be dismissed without prejudice immediately pursuant to Federal Rules of Civil Procedure §41(a)(1).

　　　Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS, CV08-02871 WHA　　　　1

Respectfully submitted,

DATED: September 18, 2008

                LAW OFFICE OF DANIEL HUANG

                /s/ Daniel T. Huang

                DANIEL T. HUANG
                Attorney for Plaintiffs

DATED: September __18__, 2008

                JOSEPH P. RUSSONIELLO
                United States Attorney

                /s/ Melanie L. Proctor

                MELANIE L. PROCTOR
                Assistant United States Attorney
                Attorney for Defendants

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: September 19, 2008

                WILLIAM ALSUP
                United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*